UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MIKHAIL G., | Case No. 26-CV-0375 (PJS/SGE) |
| Petitioner, | |
| v. | ORDER |
| PAMELA BONDI, Attorney General of the United States; KRISTI NOEM, Secretary of the United States Department of Homeland Security; TODD M. LYONS, Acting Director of the United States Immigration and Customs Enforcement; DAVID EASTERWOOD, Acting Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement, | |
| Respondents. | |

Hans W. Lodge, E. Michelle Drake, John G. Albanese, Joseph C. Hashmall, Marika Kaitlin O'Connor Grant, Ariana Kiener, Bryan Plaster, Katherine Raths, Jordan C. Hughes, and Soledad Slowing Romero, BERGER MONTAGUE P.C., for petitioner.

Ana H. Voss, UNITED STATES ATTORNEY'S OFFICE, for respondents.

This matter is before the Court on petitioner Mikhail G.'s petition for a writ of habeas corpus.[1]  Mikhail was lawfully admitted to the United States as a refugee on November 14, 2024.  V. Pet. ¶ 1.  Mikhail has not been charged with or convicted of any crime, is not in removal proceedings of any kind, and has never been issued any type of

---

[1] Pursuant to this District's policy in immigration cases, the Court identifies petitioner only by his first name and last initial.

removal order. V. Pet. ¶¶ 41–43. On January 16, 2026, Immigration and Customs Enforcement nevertheless took Mikhail into custody. V. Pet. ¶ 1.

This Court ordered respondents to file an answer to Mikhail's petition no later than January 19. ECF No. 3. Respondents failed to respond. The Court will therefore grant Mikhail's petition and order his immediate release from custody.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

1. Petitioner's petition for habeas corpus [ECF No. 1] is GRANTED.

2. The Court DECLARES that petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2).

3. Respondents are ORDERED to immediately return petitioner to Minnesota (if he has been removed from Minnesota by respondents) and release petitioner from custody.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 20, 2026       /s/ Patrick J. Schiltz
                              Patrick J. Schiltz, Chief Judge
                              United States District Court