UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 26-cv-00375 (PJS-SGE)

Mikhail G.,

        Petitioner,

v.

Pamela Bondi, *et al.*,

        Respondents.

**ORDER**

The parties have filed a Stipulation for Vacate and for Dismissal Without Prejudice [ECF No. 7].  Based on that Stipulation, this matter is **VACATED AND DISMISSED WITHOUT PREJUDICE** and judgment will be entered.  Each party shall bear their own costs, disbursements, and attorney's fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 27, 2026

/s/ Patrick J. Schiltz
Patrick J. Schiltz
Chief United States District Court Judge