# UNITED STATES DISTRICT COURT
## District of Minnesota

Mikhail Gumirov,

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons and David Easterwood,

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-375 PJS/SGE

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The parties have filed a Stipulation for Vacate and for Dismissal Without Prejudice [ECF No. 7]. Based on that Stipulation, this matter is **VACATED AND DISMISSED WITHOUT PREJUDICE** and judgment will be entered. Each party shall bear their own costs, disbursements, and attorney's fees.

Date: 1/28/2026

KATE M. FOGARTY, CLERK